Order entered October 11, 2012



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-12-01247-CV**

**IN RE: ESTATE OF MAX D. HOPPER, DECEASED**

**On Appeal from the Probate Court No 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-3238-3**

## ORDER

The Court has before it Jo N. Hopper's October 9, 2012 unopposed motion to realign parties on appeal. The Court **GRANTS** the motion and **DIRECTS** the Clerk of this Court to designate Laura S. Wassmer and Stephen B. Hopper as the appellants in this appeal, and to designate Jo N. Hopper as the appellee/cross-appellant.

MOLLY FRANCIS
JUSTICE